**MARR JONES & WANG**
A Limited Liability Law Partnership

CHRISTOPHER S. YEH          6777-0
*(cyeh@marrjones.com)*
KRISTI K. O'HERON          9307-0
*(koheron@marrjones.com)*
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

Attorneys for Defendant
THE QUEEN'S MEDICAL CENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SARAH TEVES,<br><br>                    Plaintiff,<br><br>     vs.<br><br>THE QUEEN'S MEDICAL CENTER; AND DOE DEFENDANTS 1-100,<br><br>                    Defendants. | CIVIL NO. 20-00223 JMS-WRP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER |

1277200/0035.311

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that all claims that have been or could have been brought in this action be and hereby are dismissed with prejudice, each party to bear her/its own costs and attorneys' fees.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action. There are no remaining claims or parties. Trial had been set for June 15, 2021.

DATED: Honolulu, Hawaii, September 17, 2020.

*/s/ Ryan K. Harimoto*
RYAN K. HARIMOTO

Attorney for Plaintiff
SARAH TEVES

DATED: Honolulu, Hawaii, September 17, 2020.

*/s/ Christopher S. Yeh*
CHRISTOPHER S. YEH

Attorney for Defendant
THE QUEEN'S MEDICAL CENTER

APPROVED AND SO ORDERED:

DATED:  September 18, 2020, Honolulu, Hawaii.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

_____
*Sarah Teves vs. The Queen's Medical Center*; Civil No. 20-00223 JMS-WRP; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER